# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Diego Gonzalez** DOB: 1998; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 21-00192MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 31, 2021, in the District of Arizona, **Diego Gonzalez**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Bernabe Dominguez-Ajanel, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about March 31, 2021, in the District of Arizona, **Diego Gonzalez**, knowing and in reckless disregard of the fact that certain illegal aliens, including Bernabe Dominguez-Ajanel, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 31, 2021, in the District of Arizona (Nogales), a United States Border Patrol Agents (BPA) saw a 2009 Saturn Aura pull into an area known as King Louis with one visible occupant. King Louis is near the U.S. border with Mexico and it is well known as a spot where undocumented noncitizens load into a load vehicle. The Saturn drove into the area and back out very quickly. The Saturn continued north on Mariposa Road where the BPA briefly saw two subjects in the back seat and no one in the front passenger seat. The BPA got behind the Saturn and was no longer able to see the subjects in the backseat area, an indication that the subjects ducked down. Records checks revealed that the registered owner **Diego Gonzalez** was previously arrested for smuggling undocumented noncitizens. The Saturn continued south on Grand Avenue where a Nogales Police Officer pulled the vehicle over and the BPA stopped to assist. The officer said he pulled the vehicle over due to a red-light violation. The BPA questioned the all the occupants as to their citizens. **Diego Gonzalez** was a U.S. Citizen. The rear passenger admitted they were in the U.S. illegally, including Bernabe Dominguez-Ajanel.

Records checks revealed that Bernabe Dominguez-Ajanel did not have the proper immigration to enter or remain in the U.S. legally. Dominguez was previously removed from the U.S. on February 3, 2020.

In a post-*Miranda* statement, **Gonzalez** said he was trying to pick up undocumented noncitizens to make extra money and asked friend in Mexico for a side job. **Gonzalez** said an unknown person contacted him and told him where to pick them up and then got pulled over. **Gonzalez** said that he was to be paid $500 USD to drop off the three undocumented noncitizens off in the brush in Rio Rico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/rh | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 1, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54